E-FILED
Thursday, 17 May, 2007  09:10:24 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07- 10064 |
| ) | VIO: Title 21, United States Code, 841(a)(1) |
| ) | and 841(b)(1)(A) |
| LASHANDA S. BROWN, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about May 15, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**LASHANDA S. BROWN,**

knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A True Bill.

s/ Foreperson
Foreperson

s/ AUSA
RODGER A. HEATON
UNITED STATES ATTORNEY

BWM