E-FILED
Thursday, 17 May, 2007 03:42:29 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**  Plaintiff | ) ) ) ) CASE NO. **07-10064** ) |
| **Lashanda Brown**  Defendant | ) ) ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 a.m.** on **Thursday, June 28, 2007**.

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, July 16, 2007**

at

[X] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 17th day of May, 2007

```
/s/ John A. Gorman
```
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE