E-FILED
Tuesday, 29 May, 2007 12:28:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAY 29 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 07-10064 |
| Lashanda S Brown | ) | |
| | ) | |
| Peoria, IL | ) | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Lashanda Brown, and bring her forthwith to the nearest magistrate judge to answer and indictment charging her with possession with intent to distribute in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(A).

*John M. Waters* (signature)

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/ S. Marvel
Signature of Issuing Officer

5/17/2007, Peoria, IL
Date and Location

**Bail fixed at $ NO BOND by District Judge Michael M. Mihm.**

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Peoria_

| Date Received 05/18/07 | Name of Arresting Officer S/A Marion | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 05/16/07 | Title of Arresting Officer DEA | |

Brown Warrant.wpd