AO 458 (Rev. 10/95) Appearance

**E-FILED**
Wednesday, 20 June, 2007  12:24:30 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                    Bar Number

Address

City            State            Zip Code

Phone Number                                  Fax Number