AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                        Bar Number

Address

City                    State                    Zip Code

Phone Number                                     Fax Number

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

       **VS.**　　　　　　　　　**CASE NO.: 1:07-cr-10064**

**LASHANDA S. BROWN,**
       **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing appearance and, substitute attorney, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com