UNITED STATES DISTRICT COURT

**District of** _____

_____ Plaintiff (s),

V.

_____ Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____
    Address: _____
    Telephone: _____ Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.

Date: _____ _____
(Signature of Party (s))

I consent to being substituted.

Date: _____ _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

E-FILED
Thursday, 21 June, 2007  05:43:09 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

        **VS.**               **CASE NO.: 1:07-cr-10064**

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing appearance and, substitute attorney, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly  - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com