E-FILED
Saturday, 23 June, 2007  10:56:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      V.                    CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION FOR A BILL OF PARTICULARS

Defendant**,** Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, for an order, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, directing the United States Attorney for the Central District of Illinois to file and serve a written Bill of Particulars stating the following:

1. The time when and the exact place where the alleged offense occurred;
2. The method or means by which the alleged offense was committed;
3. The name (including his/her so-called "street name") and address of every informer and person relied upon by the prosecution for information as to the offense alleged in each count of each indictment;
4. The name and address of every person whom the government expects to call as a witness to prove the offenses charged in each count of the indictment;
5. with respect to any potential government witness, co-defendant, co-arrestee, or co-conspirator, all charges or convictions against the same, specifically indicating (a) the court, (b) the case number, (c) the offense charged, and (d) the disposition;
6. The names of co-conspirators not named in the indictment, if any; when, where, and in what manner defendant became a member of the conspiracy; and all overt acts, specifying when and where performed, done in furtherance of the conspiracy not set forth in the indictment but that the government intends to prove at trial, indicating which overt acts defendant is alleged to have performed.

(Defendant's motion for a Bill of Particulars- page 2.)

    Defendant respectfully requests the court, if and to the extent it exercises its discretion in denying any of the foregoing requests for a Bill of Particulars, to indicate in terms that appear on the record the basis, reason, or reasons for exercising discretion in denying the requests in accordance with the requirement of *United States v. Wells,* 387 F. 2d 807 (7th. Cir. 1967).

Respectfully submitted,

Attorney for Defendant

                                                                s/(LeRoy Cross, Jr.)
                                                                 LeRoy Cross, Jr. ARDC#3128668
                                                                 Law Offices of LeRoy Cross, Jr.
                                                                33 North Dearborn Street, Ste. 802
                                                                Chicago, Illinois 60602-4671
                                                                (312) 609-1010
                                                                FAX(312) 553-1408
                                                                crosslawsil@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

VS.                                    CASE NO.: 1:07-cr-10064

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing motion for discovery and inspection, motion for production of grand jury testimony, motion for a bill of particulars, and, motion to produce evidence favorable to the defendant, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com