E-FILED
Saturday, 23 June, 2007  11:02:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    V.                    CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION TO PRODUCE EVIDENCE FAVORABLE TO THE DEFENDANT

Defendant, Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, pursuant to the Fifth and Sixth Amendments to the Constitution of the United States, and further pursuant to supervisory powers vested in the United States Courts to assure fair trials, for entry of an order directing the United States Attorney to make inquiry and immediately deliver to defendant all evidence that is or may be in any way favorable to the defendant or that could lead to such evidence. By "favorable," defendant means any evidence that could be exculpatory or mitigating, as required by *United Stated v. Bagley, 473 U.S. 66, 887 L. Ed 2d 481, 105 S. Ct. 3375 (1985), and Brady v. Maryland, 373 U.S. 83, 10 L.Ed. 2d 215, 83 S.Ct 1194 (1963),* Defendant further intends to include any evidence that is impeaching within her request, as required by *Bagley, supra, 105 S.Ct. at 3379-3380*

**Such evidence includes, but is not limited to the following:**

1. any statements by any informed witness that fail to specifically mention defendant as the perpetrator of the offense charged.
2. any statements by any informed witness that mention someone other than defendant as the "brains" of the "operation," organization," "group," "group of individuals involved," etc.
3. any statements/notes/memorandums/etc. where any prosecution witness or person working for/with the prosecution lists or accuses a third person of committing the offense charged.
4. any information tending to cast doubt on a witness's credibility, including:
    a) any prior inconsistent statements by the witness(es)

(Motion to Produce Bagley/Brady evidence-page 2.)

    b) any hostility of the witness(es) against defendant or defendant's alleged type of offender, group, organization, etc.
    c) evidence which calls into question the capacity of the witness to observe that which he/she is called to testify about
    d) evidence that is inconsistent with testimony
    e) rewards or promises, formal or informal, made to the witness in exchange for testimony
    f) information concerning prior bad acts of the witness that go to the witness's credibility, and, evidence that the witness engaged in illegal activity before his/her expected trial testimony
    g) the criminal convictions of the witness including those for crimes involving moral turpitude.
    h) Reports of polygraph examinations on government witnesses
    i) Records of any psychiatric treatment by the witness
    j) The witness' parole or probation status
    k) Promises as to a witness' civil tax or administrative liability
    l) Help in any forfeiture proceeding offered for the witness
    m) Money or other award or reward offer for the witness
    n) Any type of informant status
    o) Threats for failure to testify
    p) The fact that the witness was a target of the investigation and threatened with prosecution
    q) A summary of an F.B.I. informant file
    r) All relevant information on agents who are involved in the case, including prior transcripts in which the agent has testified
    s) The names of persons the government does not plan to call as witnesses but who may have knowledge pertaining to alleged the crimes.

(Motion to Produce Bagley/Brady evidence –page 3.)

Respectfully submitted,

Attorney for Defendant

                                                                          s/(LeRoy Cross, Jr.)
LeRoy Cross, Jr. ARDC#3128668
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Ste. 802
Chicago, Illinois 60602-4671
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

       **VS.**            **CASE NO.: 1:07-cr-10064**

**LASHANDA S. BROWN,**
       **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing motion for discovery and inspection, motion for production of grand jury testimony, motion for a bill of particulars, and, motion to produce evidence favorable to the defendant, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com