IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      V.            CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION FOR PRODUCTION OF GRAND JURY TESTIMONY

**Defendant**, Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, for an order, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, directing the United States Attorney and the government to produce for inspection by defendant or, in the alternative, to submit to the court for an in camera inspection, the recorded testimony, if any, of each witness who testified before the grand jury concerning the events alleged in the indictment,  In support of this motion, defendant states as follows:

1. Under *United States v. Mechanik, 475 U.S. 66, 89 L. Ed. 2d 50, 106 S.Ct. 938 (1986),* many grand jury errors can now be raised only prior to trial. Thus, defendant has a much more compelling need to review pretrial the grand jury material that she will in any event obtain during trial under the Jencks Act.  The government, therefore, must demonstrate a strong reason for nondisclosure.

2. The grand jury testimony is the only means by which defendant can determine whether she should file a motion to dismiss the indictment for grand jury abuse or violations of Rule 6(e).

3. The grand jury testimony may, and in all probability will, prove not only helpful but necessary to permit the defendant to properly evaluate her evidence and, if necessary, defend against the instant indictment.

4. The grand jury testimony may, and in all probability will, prove necessary to proper preparation for and cross-examination of trial witnesses who also testified before the grand jury.

(Motion for Production of Grand Jury Testimony- page 2.)

Respectfully submitted,

Attorney for Defendant

                                                        s/(LeRoy Cross, Jr.)
LeRoy Cross, Jr. ARDC#3128668
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Ste. 802
Chicago, Illinois 60602-4671
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

        **VS.**                    **CASE NO.: 1:07-cr-10064**

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing motion for discovery and inspection, motion for production of grand jury testimony, motion for a bill of particulars, and, motion to produce evidence favorable to the defendant, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R  Kelly  - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com