IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    V.                    CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION TO CONTINUE TRIAL

Defendant, Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, this Honorable Court for entry of an order continuing the defendant's scheduled trial date, stating the following:

1. That this cause stems from a criminal indictment filed on May 15, 2007.
2. That arraignment, assignment, appointment of defense counsel, and, trial setting was held on May 17, 2007.
3. This cause is set for trial on July 16, 2007.
4. That appointed defense counsel, FPD George Taseff was granted leave to withdraw on June 12, 2007, and, CJA defense counsel William Kelly was appointed that date under order entered by Honorable Judge Gorman.
5. That on June 21, 2007 retained defense counsel LeRoy Cross, Jr., sought leave to appear on behalf of defendant and moved to substitute as defense counsel.
6. That on June 28, 2007, following a scheduled pre-trial conference, the Honorable Judge McDade allowed the appearance of your Movant's retained counsel, granted his motion for substitution of counsel, and, continued to July 12, 2007, hearing on his motion for a bill of particulars.
7. That following said 6/28/07 pre-trial conference, defense counsel remained at the courthouse while AUSA Bradley W. Murphy kindly self-copied (95) ninety-five pages of discovery, pursuant to written request, which supplemented the (2) two-pages of lab report discovery, which he tendered, unbidden, in open-court.

(Defendant's motion to continue trial- page 2.)

8. That prior to June 28, 2007, neither the FPD Attorney, or the CJA Attorney could provide your Movant's retained counsel with any written discovery.
9. That following the June 28, 2007 pre-trial court appearance your Movant's counsel was scheduled for a hearing in Champaign County, before the Honorable Judge Clem (People v. Miles -06-CF-1451), which precluded him from interviewing his client concerning the disclosure/production.
10. That on July 3, 2007, the Government, sent a crime scene report, a video-tape of a search, a DVD disk of another search, and a DVD of a "crime scene."
11. That Movant's defense counsel needs to arrange a custodial interview, with the defendant, inside the Peoria County Jail, with the U.S. Marshall's Office, which will allow him to review all video-tapes, and DVD disks (or downloads), and, inventoried property, prior to trial.
12. That Movant's defense counsel needs to arrange a viewing of all inventoried property which is available to all parties, prior to trial.
13. That Movant's defense counsel is still conducting an investigation and search for witnesses to the arrest and execution of the warrant involved herein.
14. That Movant's defense counsel anticipates the need to file additional pre-trial motions after said interview/reviews.
15. That your Movant has not, previously, sought a trial delay in this cause.
16. That your Movant's counsel will have had only (18) eighteen full days from the granting of his substitution as counsel, to prepare for trial if not rescheduled from the present setting on July 16, 2007.
17. That it is very likely that your Movant will suffer prejudice in her ability to prepare her defense to the charges at her trial if a reasonable continuance is not allowed.
18. That Movant's original appointed( FPD) counsel when still "in the case," used (27) twenty-seven of the original (61) sixty-one pre-trial days allotted before his apparent conflict-of-interest, allowed him to withdraw,absolutely unknown to her.

(Defendant's motion to continue-page 3)

19. That Movant's counsel has conferred with, assigned counsel. AUSA Bradley W. Murphy, regarding this Motion to Continue Trial, and he advised that it could be stated herein that he, and the Government, had no objection.
20. That this Honorable Court has great discretion in granting the relief requested herein, **_United States v. Moya-Gomez, 860 F.2d 706, 741(7th. Cir.1988)_**

WHEREFORE, Movant humbly and respectfully prays for the entry of an Order as follows:

    a) granting Movant/Defendant's motion to continue trial.
    b) Setting trial for a reasonable time to allow all pre-trial matters to be expeditiously completed with regard to the circumstances
    c) For all other relief deemed appropriate and just under the facts and law governing the issue herein

Respectfully submitted,

Attorney for Defendant

s/(LeRoy Cross, Jr.)
LeRoy Cross, Jr. ARDC#3128668
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Ste. 802
Chicago, Illinois 60602-4671
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com

E-FILED
Friday, 06 July, 2007  04:15:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

        VS.                CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
       DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, I electronically filed the foregoing defendant's motion to continue trial, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R  Kelly  - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    V.                     CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## **AFFIDAVIT**

AFFIANT, LeRoy Cross, Jr., attorney of record for Movant/Defendant, LaShanda Brown swears and deposes as follows in support of her Motion to Continue Trial:

1. That I am the attorney of record for the defendant, LaShanda S. Brown in the above-captioned cause.
2. That pre-trial investigation for evidence and witnesses on behalf of the defendant has not been completed.
3. That arrangements have not been secured to interview the defendant inside the Peoria County Jail, for purposes of her review of video-tape recordings, still photographs, and physical inventoried evidence.
4. That defense counsel has not submitted disclosure on behalf of the defendant.
5. That defense counsel anticipates filing pre-trial motions, some of which are related to evidence newly obtained on July 3, 2007.
6. That the Government Counsel assigned to this cause, AUSA Bradley W. Murphy advised defense counsel that he has no objection to this motion to continue.

**AND FURTHER AFFIANT SAYETH NOT**

                                      s/(LeRoy Cross, Jr.)
                                      LeRoy Cross, Jr. ARDC#3128668
                                      Law Offices of LeRoy Cross, Jr.
                                      33 North Dearborn Street, Ste. 802
                                      Chicago, Illinois 60602-4671
                                      (312) 609-1010
                                      FAX(312) 553-1408
                                      crosslawsil@aol.com