IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUL 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-10064 |
| | ) VIO: Title 21, USC § 841(a)(1), 841(b)(1)(A); |
| | )      Title 18, USC § 922(g) |
| LASHANDA S. BROWN, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1
### (Possession of Controlled Substance with Intent to Distribute)

On or about May 15, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**LASHANDA S. BROWN,**

knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 2
### (Possession of Ammunition by Felon)

On or about May 15, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**LASHANDA S. BROWN,**

knowingly possessed ammunition, Remington-Peters .38 caliber bullets, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill.

s/Foreperson

Foreperson

s/Assistant US Attorney
RODGER A. HEATON
UNITED STATES ATTORNEY

BWM