IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-10064 |
| | ) | |
| LASHANDA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, LaShanda Brown, and her counsel, LeRoy Cross, Jr., that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug convictions:

**06 CF 1353**          **Peoria County**          **Unlawful Possession of Controlled Substance**

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/: Bradley W. Murphy
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: 309.671.7050

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **LeRoy Cross, III, Attorney for Defendant.**


                                                     s/: Kim Ritthaler
                                                   Kim Ritthaler
                                                   Legal Assistant