IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      V.                CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION TO CONTINUE TRIAL

**Defendant**, Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, this Honorable Court for entry of an order continuing the defendant's scheduled trial date, stating the following:

1. That this cause stems from a criminal indictment filed on May 16, 2007, wherein the alleged offense was a one (1) count violation of Title 21, U.S.C. Sections 841(a)(1) and 841(b)(1)(A).

2. That on July 26, 2007 the Government filed a "Superseding Indictment" re-alleging the original offense under the May 16, 2007 indictment, and, adding an additional (second count) alleging an offense for the illegal possession of ammunition by a felon, which had previously traveled in interstate commerce, in violation of Title 18, U.S.C., Section 922(g). Defendant was arraigned 8/6/07.

3. This cause was set for trial on August 27, 2007 on the original indictment.

4. That no new disclosure has been made available to the defendant concerning the ammunition alleged in the "superseding indictment."

5. That defendant has had no opportunity to locate and retain a suitable expert to examine and provide analysis regarding the bullets prior to trial.

6. That the disclosure thus far regarding the bullets has been limited to a video-tape of their recovery from an item of furniture at defendant's residence, and, their caliber and manufacturer.

7. That the defendant needs additional time to seek trial evidence concerning the superseding indictment filed (31) thirty-one days before the scheduled trial date,

(Defendant's motion to continue trial- page 2.)

    where the defendant was arraigned on the new indictment a total of (21) twenty one days before trial.

8. That Movant's defense counsel has been unable, despite diligent attempts, due to scheduling, to arrange a viewing of all inventoried property, with all parties present, prior to trial.
9. That Movant's defense counsel is still conducting an investigation and search for witnesses to the arrest and execution of the warrant involved herein.
10. That Movant's defense counsel anticipates the need to file additional pre-trial motions after said interview/reviews.
11. That your Movant has not, previously, sought a trial delay in this cause, since the filing of the superseding indictment.
12. That your Movant's counsel will have had only (15) fifteen full days from the August 10, 2007 pre-trial, to prepare for trial if not rescheduled from the present setting on August 27, 2007.
13. That it is very likely that your Movant will suffer prejudice in her ability to prepare her defense to the charges at her trial if a continuance is not allowed.
14. That this Honorable Court has great discretion in granting the relief requested herein, ***United States v. Moya-Gomez, 860 F.2d 706, 741(7th. Cir.1988)***

WHEREFORE, Movant humbly and respectfully prays for the entry of an Order as follows:

    a) granting Movant/Defendant's motion to continue trial.
    b) Setting trial for a reasonable time to allow all pre-trial matters to be expeditiously completed with regard to the circumstances
    c) For all other relief deemed appropriate and just under the facts and law governing the issue herein

(motion to continue page 3.)
Respectfully submitted,

Attorney for Defendant

                                              s/LeRoy Cross, Jr.
LeRoy Cross, Jr. ARDC#3128668
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Ste. 802
Chicago, Illinois 60602-4671
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

       VS.                       CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
       DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing defendant's motion to continue trial, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly  - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
33 North Dearborn Street, Suite 802
(312) 609-1010
FAX(312) 553-1408
crosslawsil@aol.com