IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      V.            CASE No.: 07-10064 (criminal)

LASHANDA S. BROWN
    Defendant.

## MOTION TO WITHDRAW

**NOW COMES,** LeRoy Cross, Jr., attorney of record for the Defendant herein, Lashanda S. Brown, seeking leave to withdraw his appearance as legal counsel for her, and, to terminate his representation of her instanter, and, in support thereof, Movant asserts as follows:

1. That Movant and defendant met for several hours on September 17, 2007 at the Peoria County Jail for ongoing discussions regarding her defense and defense options.

2. That at several points defendant became emotional and discussions broke down.

3. That defendant was dissatisfied with Movant's responses to "legal" questions and issues which she proposed at their last meeting.

4. That Movant perceives that ethical issues exist which involve defendant's participation during trial which can not likely be resolved between the defendant and Movant, and, which fundamentally impact on current defense trial strategy or resolution of the case short of a trial.

5. That Movant believes that irreconcilable differences now exist which prevent Movant and Defendant from working as necessary to provide effective legal assistance going into a trial on the serious charges herein.

6. That this matter is now set for final pre-trial on October 18, 2007, and, trial October 29, 2007.

7. That Movant request that any specific details concerning the Defendant and Movant which may be needed by this Honorable Court, be held "in-camera."

        s/LeRoy Cross, Jr.
        LeRoy Cross, Jr. ARDC#3128668
        Law Offices of LeRoy Cross, Jr.
        77 West WashingtonStreet, Ste. 500
        Chicago, Illinois 60602
        (312) 609-1010
        FAX(312) 553-1408
        LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

    VS.                          CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
        DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing attorney's Motion to Withdraw, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William R Kelly  - kelly1941@yahoo.com,billkelly@yahoo.com

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

George F Taseff-George-Taseff@fd.org, Mary-Ardis@fd.org,gtaseff@mtco.com


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
77 West Washington Street, Suite 500
(312) 609-1010
FAX(312) 553-1408
LCrossLaw@aol.com