E-FILED
Friday, 16 November, 2007  10:32:43 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    V.                CASE No.: 07-10064 (criminal)

LASHANDA S. BROWN
    Defendant.

## MOTION TO WITHDRAW

**NOW COMES,** LeRoy Cross, Jr., attorney of record for the Defendant herein, Lashanda S. Brown, seeking leave to withdraw his appearance as legal counsel for her, and, to terminate his representation of her instanter, and, in support thereof, Movant asserts as follows:

1. That Movant and defendant met for several hours in late October and early November, 2007 for ongoing discussions regarding her current legal position and and defense issues.

2. That at present there exist a fundamental conflict of interest which prevents Movant from continuing to act as defendant's attorney.

3. That this matter is now set for defendant's sentencing hearing on January 3, 2008.

4. That Movant request that any specific details concerning the Defendant and Movant which may be needed by this Honorable Court, be held "in-camera."

                            s/LeRoy Cross, Jr.
                            LeRoy Cross, Jr. ARDC#3128668
                            Law Offices of LeRoy Cross, Jr.
                            77 West Washington Street, Ste. 500
                            Chicago, Illinois 60602
                            (312) 609-1010
                            FAX(312) 553-1408
                            LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

      VS.           CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
    DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing defense counsel's motion to withdraw, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
77 West Washington Street, Suite 500
(312) 609-1010
FAX(312) 553-1408
LCrossLaw@aol.com