IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

      VS.           CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
      DEFENDANT.

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN THAT LE ROY CROSS, JR., ATTORNEY FOR THE DEFENDANT LASHANDA BROWN HAS CHANGED HIS ADDRESS CONCERNING RECEIPT OF NOTICES IN THIS CAUSE FROM:

 33 NORTH DEARBORN STREET, SUITE 802, CHICAGO, ILLINOIS 60602

**TO: LE ROY CROSS, JR.**
    **LAW OFFICES OF LE ROY CROSS, JR.**
    **400 WEST JACKSON STREET**
    **SUITE D**
    **MARION, ILLINOIS  62959-2357**

    **TELEPHONE (618) 993-7570**
     **FAX            (618) 9937580**

**CHANGE EFFECTIVE IMMEDIATELY**

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

      VS.                    CASE NO.: 1:07-cr-10064

LASHANDA S. BROWN,
        DEFENDANT.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing defense counsel's Notice of Change of Address, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com