E-FILED
Monday, 17 December, 2007  11:56:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    V.                CASE No.: 07-cr-10064 (criminal)

LASHANDA S. BROWN
    Defendant.

## MOTION TO STRIKE PLEADING

**NOW COMES,** LeRoy Cross, Jr., attorney of record for the Defendant herein, Lashanda S. Brown, seeking to have a pleading styled as "Motion To Withdraw" as legal counsel for defendant, stricken from the docket, and, in support thereof, Movant asserts as follows:

1. That Movant and defendant have discussed the matters which were a potential conflict of interest, and, disclosure and consent were obtained.

2. That at present Movant believes that no legal conflict of interest exist which would prevent him from continuing to act as defendant's legal counsel in the matters presently scheduled before this Court.

3. That this matter is now set for defendant's sentencing hearing on January 3, 2008.

4. That Movant request that his Motion to Withdraw filed with the Clerk on November 16, 2007, in this cause be Ordered stricken.

                                  s/LeRoy Cross, Jr.
                                  LeRoy Cross, Jr. ARDC#3128668
                                  Law Offices of LeRoy Cross, Jr.
                                  400 West Jackson Street, Ste. D
                                  Marion, Illinois 62959
                                  (618) 993-7570
                                  FAX(618) 993-7580
                                  LCrossLaw@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

        VS.                      CASE NO.: 1:07-cr-10064

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007, I electronically filed the foregoing defense counsel's motion to strike pleading, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com