AO 187 (Rev. 4/82)

**EXHIBIT AND WITNESS LIST**

| USA | vs. Lashonda S. Brown | DISTRICT COURT |
|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER |
| Brad Murphy | LeRoy Cross, Jr. | 07-10064 |
| | | TRIAL DATE(S) 1/31/08 |
| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
| McDade | Nancy Mersot | M. Leininger |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 1/31/08 | | 1/31/08 | Pictures of Police Officer Duncan's injuries |
| B | | | | | Pictures of Police Officer Duncan's injuries |

RECEIVED  Filed
JAN 3 1 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages