

E-FILED
Friday, 01 February, 2008 12:16:09 PM
Clerk, U.S. District Court, ILCD

Dear Judge,

My Name is, Tiffany Scott,

I am writting this letter for Lashanda Brown. She is my sister and like a mother to me. Lashanda took me in her home when I was ten years old. I didn't have nobody to turn to cause I've been threw alot in my life, I've been sent to foster home to foster home, not no who my family is, but Lashanda came and changed all of that for me cause my mom was in and out of prison on drugs but Lashanda mabe it so we could be a family agin. I don't no how my life would of turned out if Lashanda would of never came in and got cousldy of me and my other sister Berrisha. I know that Lashanda seems to be a bad person in your eyes but she really is a very good person. She is the back bone of my life and our family's life. Lashand, has four kids and really nobody to treat them like she did cause she is there mother, and

RECEIVED

Judge you should no that don't nobody love you like mom. A mother is a very big part of a child's life, cause a father is never there, that's all they have is there mother in there life. One of Lashanda's kids went threw alot in there life and her name is Desena Brown, when she was six months she got hit by a rock by a loan morrer, were that came to she had an amurisom on her brain. The surgey led to her having a stroke, it messed up her left side of her face, The Doctors lots her but God and faith pulled her threw it so she could be with her mother. I know that she broke the law in some of the things she've done in her life but the past is the past, so Judge if you hear me out can you see if that she could get a little time and not very much. If it could be posable can she get house arest insted.

Yours Truly
Tiffany Scott

Dear Judge, My Name is Kathy Brown, I am Lashanda Mother I am writing you on her behalf First Let me start off saying she's a Loving mother and a very obedient child always has been, she has never been a problem child, she never gave me any problem even as aldut, as I can say for my other Children, as a child she had a lot to deal her mother being an addict, an being in foster homes, and to also have to deal with having her innocent taking away from her as a 11yr old child, she over came most of it, she went back to school got her G.E.D. had 4 beautiful children and have to have rasied them on her on because of all the bad Relationships she encounter up until now this last Relationship she's gotten in has cause he to

make some bad chocies, she doesn't deserve to be lock away for a long time she deserve a second chance, please find it in your heart to give her another chance on live. I know she's very sorry about her chocies, meaning her health and everything ~~is~~ else, she has high blood perrsur (severe), kidney problems, Congestive heart failure. Please take these matters into Consideration, Thank you your honor. I hope and pray that you are, a understand man and ~~gave~~ guide you the right decision.

Dear Judge,

I the cousin of Lashanda Brown honestly think she should have a second chance at life for many of reasons but the basic one to me is for the sake of her children. She needs to be at home with her kids to give them that motherly love they need in there lifes to get them through hard times when the come upon them, and if you take her away she couldn't give them that. And judge you should know that no one could treat you the way your mother would because no matter what goes on her love for you is unconditional. Also Ms. Brown is a type of person that she don't like to see her family struggle and she would help us all in the times of hardship. Lashanda Brown is more than a cousin to me she is like an aunt and without her many of times some things wouldn't have been possible like; christmas, birthdays, graduation things that meant alot. I really appreciate all the things she have done for me and my family. Judge I hope you open up in your heart a piece of forgiveness

and give Iesnonda a second chance.
so some stress could let up off my
grandmother because its about to
drive her crasy.

—Thank you!

Dear Judge

The reason I do not want my ficte in Jail is because of she have 4 kids that need her. She have one that is fen to graduat. Ih am pretty shore she want to be there. And she have one that is fen to go to middle school. She is going to need new cloths in that is what a mom is for. Cun you imagine how it is with out a mom no not at all. So do not let them go throw life like that.

95 p

Dear Judge

The reason why I dont want my mom to go to Jail is because. First of all she's my mom and she is all Iv got left I mean I never had a dad so if you take her away from me then you might as well kill me because without her I will never make it in Peoria. It is so violent hear to the point wear I dont even want to stay hear anymore. And plus she is the only one I talk to about anything and kids like me need to be talk to and she might be a women but I bet she can tell a bt of things that some men cant even tell you.

P.S. Jerome
   Wade

Dear Judge,

My name is Tonya Norman I'm 21 years of age. Nashawn is my cousin, mothers friend. She is some who look up to. She took me in when I was pergant when I had no where to go she helped me graduate from the 8th grade she helped me get my first apartment where I still reside now. She groomed me into being a young despcable Respected woman. She's loving, caring, kind, giving. Your Honor, no ones perfect wee all have our tribes and tribulations, and god didn't mean for us to be perfact. Nashawns parent where both addict when she was growing up she had to care for herself at the age of 11 until they started placing her in froster home over and over again. She finally grow up she had a child she had to provide for her. She was to young to work so she had to do what she what she need to take care of him because refused to put child in the system she wanted her kids keep. Now she has 4 kids they are smart Respectable. Nashawd is a Remarkate young

woman, And I'm thankful for her And I glad god placed her in my life

You Honor please, please look deep into her eyes And your heart please listen to god And let him guide u.

Tanya Norman

To whom this may concern
My name is Berrisha Scott and I am writing on the behalf of LaShanda Brown. Ms. Brown is my sister and alot of people know her as my mother because that is the responsibilites that she took on. Ms. Brown has had multiple roles to play Mother, Aunt, Sister, Cousin, and granmother. Ms. Brown is a 31 year old grandmother. She takes her two nephews as her grandchildren. She may not be perfect and made some bad chioces but nobodys perfect and everyone deserves another chance. God said he without sin cast the first stone and not one stone was threw because perfect is not what he made us to be. Find it in yourself to give her a chance to redeem herself and turn these mistakes around. Not only does she deserves a second chance her children deserve it also.

Dear, Judge

My mom have did every thing I hast asked her do for me can you plase let her go. She is good to me if you ~~first let~~ let her go she will be good let her go for me plase I love her. She is the best mom I ever had. I ~~cried~~ cry every day for her. We have a nice Chrismas with her. We get lots of presents. Let my mom go plese. She will not be Back. please

Girl
I love and miss you mom
love Babby Gril,

Deseana Brown

*Free*

Aug 05.07

Dear Judge

Hi my name is Shantaria Tracy and I am 13 years of age and I am a friend of Rashanda Brown Daughter and we have been friends for 7 years and every since Mrs. Brown has been gone it has been very difficult for my friend and her brother and sisters. Kenshauna Watkins is going through and I can see that in her face everyday she is even stressing Kenshauna (Kay-Kay) is 12 years of age and is to young 2 be stressing yes don't get me wrong I will allways be there for my best friend and I ~~even~~ know her everything she has been through I have always been there for her I think and fell that if Rashanda Brown was out everything would go perfect for me and all of us a favor and free Rashanda

from: Shantaria ~~Tracy~~

Aug 05, 07

Dear Judge

Hi my name is Shantianna ~~Tracy~~ and I am 13 years of age. I am also a friend of Lashanda Brown daughter and we have been friends for about 7 years on and off and every since Mrs. Ms. Brown has been gone it has been very difficult for my friend and her brother and sister. Nenshauna Watkins going through alot and I can see that in her face everyday she is stressing. Nenshauna (Kay Kay) is 10 years of age and is to young to be stressing yes dont get me wrong I will always be there for my best friend and I even love her. Everything she has been through I have been there to help her think it all through. I think and fell that if Lashanda Brown was out everything would go perfed do all of us a favor please and free Lashand Brown "please"

from. Shantianna Tracy

Dear Judge,                                   Aug 06.07

Hi my name is Renshawna Watkins and I am 12 years of age and I am going through a lot and I just need my mom to be there for me I mean it is hard to be out hear doing alot of things on my own I am letting you know that if you let her go everything would be so happy and my brothers would be happy as well. I am asking you from the top of my heart and to ask you would you please let her free like I said I am 12 years of age and I am stressing I have to ask you a question and who do you know that is 12 that is stressing and going through alot. Please let Lashawn Brown free.

Dear Judge McDade (Your Honor)

　　　I'm writing you this letter in hope and faith to get a second chance at life and to tell you about myself. I've been around judges, courts, and probation all my life. I've been in and out of jails and group homes. I was 10 at home. Then I went to a foster home and it was the same there so I ran away from my foster home and ran to the streets. At twelve I was hanging out with gangs, grown up people, smoking weed and gang banging. At 14 I ran away from Peoria. When I was 15 I ran away to Milwaukee and I got pregnant. My baby daddy was getting locked up for murder so I came back to Peoria and found my Grandma. Then the DCFS people caught up with me they put me in a girl homes and from there I went to a mental institution. When I finally got out of there I went to a different foster home and at 16 I went to court to get papers to hide and when the papers were called emancipated I'm not sure… know who I'm… I got my own apartment and… low son came and went… Judge, I thought I was doing good… able to escape… and end up killing my own…

boyfriend in March in the end of 1992. He [...] just [...] going [...] killing me. I had left but I was so afraid to keep paying [...] was back n forth from [...] to Michigan [...] with my two little [...] [...] kids [...] so [...] drugs again to take care of [...] had [...] shot our baby and she had just got out of the hospital from having [...] removed. I don't know why [...] it because me and him had been separated for awhile. I can go on telling how both [...] of my parents were on drugs I rove [...] drugs before but it would [...] have helped to have my family and all I want is a second chance because I don't want my kids to go through [...] I just want what's best for them. I hope they can make it through this, because I know things like this can have a big affect on kids and I just want to get back home to save my kids.

over

Mr. McDade. I ... ... my ...
... ... ... the ... my ...
... very hard for me to write
you this letter and painful ... I ...
... to ... you ... ...
just told me ... ... a ...
be ... I ... ... ...
... my ... I ... had ...
... ... ... ... ...
... here ... ... ... ...
end of ... ... ... ... ...
and they don't give me the Meds I
need ... But I do know one thing
for sure that GOD do have the best say
and whatever happens I still thank you
for the time you took to ... ... ...
... we ... ... when I get ...
I will never touch or be around drugs
again because it has messed up my whole
... and this ...

                                 Thank you,
                                 LeShanda Brown

I know that I have done more good
than bad. I hope my ... ...
... you because I ... ...
... ... ... I ... ...
... ... ... ... ...
... ... ... ... ...
... know ... ... ... ...
... ... ... ... ...
... ... ... ... go through
what I went through and right now
they're with my grandma and I ...
                                 ... you

want to put [illegible]
[illegible] I'm
[illegible] sorry [illegible]
[illegible] also [illegible]
[illegible] believe me Judge I was
[illegible]

[illegible]
[illegible]
he works in mysterious ways. I
guess this is also what they mean
when they say be careful what you
ask for because words have power.
But I'm grateful not because I'm
in jail but believe it or not I'm
peaceful. I really want to get this over
[illegible]
I don't want to serve 10 to life in
prison. I don't [illegible] I [illegible]
[illegible] things [illegible] did [illegible]
I also [illegible]
[illegible]
[illegible]

May GOD Be With You
GOD Bless You!

And Jesus answering [illegible]
Have faith in GOD. [illegible]
[illegible]
be removed [illegible]
[illegible]
[illegible] he saith [illegible]
[illegible] pass; he shall have whatsoever [illegible]
Mark 11:22-23

Sentencing Jan 3, 08

12-12-07

Dear Judge McDade (Your Honor,

As you know I feel my life has been bad and very terrible. I was angry with GOD as I was growing up and use to question Him with questions like how could You allow little kids to be raped, molested, nowhere to go, no guidance, and most of all no one to love. But at 30 yrs. old I have peace with GOD. As I told you in the early part of my letter I asked GOD to take drugs out of my life, not only did the good Lord take drugs out of my life but he also took the man out of my life that was causing me to be around drugs and to sell them. Since I've been in jail GOD has showed me so much love. My family has been really supporting. The only thing I hate is the hurt I caused them especially my kids and my grandma. I never knew how one person could effect so many people. When I say that I'm not only talking about my family I'm also talking about the community. I hope and pray one day GOD will use me to help others and that I may be able to put back in the community. For the first time in my life I feel real good about myself. I've received a certificate for Bible Class since I've been in here and whatever time you give me is GOD's will and if my health allow it I will make the best of it and try to better myself. GOD is awesome and He's a good GOD and keep all of His promises and I will forever keep my peace with the Lord and Praise Him in good and bad. May GOD Be With You and GOD Bless You    LaShanda Brown