IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      V.            CASE No.: 1:07-cr-10064

LASHANDA S. BROWN
    Defendant.

## MOTION UNDER 28 U.S.C. SECTION 2255 TO CORRECT AND REDUCE SENTENCE

Defendant, Lashanda S. Brown, by her attorney, LeRoy Cross, Jr., respectfully moves, this Honorable Court for entry of an order correcting the sentencing in this cause, stating the following:

1. That on January 31, 2008 the Honorable Federal District Court for the Central District of Illinois sentenced defendant to 151 months incarceration in the B.O.P. on Count 1, as charged, in the above-captioned cause, and, entered judgement.

2. That Defendant previously plead guilty to Count I of the Government's superseding indictment which was filed on July 26, 2007, which alleged a violation of Title 21 U.S.C. section 841 (a)(1) and (b)(1)(A).

3. That defendant will file a notice of appeal when this motion in the United States District Court for the Central District of Illinois has been disposed of.

4. That defendant hereby challenges the Honorable District Court's sentence of 151 months as follows:

   a) a finding was made that the defendant's criminal history category under U.S.S.G was a IV because she had (7) seven criminal history points;

   b) defendant **should have been assessed only (6) six** criminal history points if a 7/21/95 **conviction** ( listed under line **"32.,"** under the 1/16/08 revised probation report- and listed as line **"31.,"** under the original 11/05/07 report) **which was more than (10) ten-years old**, and, therefore not to be used in the Criminal History points calculation pursuant to **section 4A1.2(e) of the U.S.S.G.;**

(motion to correct and reduce page 2.)

c) that defendant timely objected to the use of this conviction (which added a point) under her paragraph "12." of her objections; dated 12/6/07 and timely served on the probation office; (copy of objections to be attached later, due to a lack of technology to scan the document to attach hereto, now)
d) that defendant voiced objection to the use of the 7/21/95 conviction as an additional point, at the 1/31/08 sentencing hearing;
e) that the probation officer does not mention defendant's objection to the use of said conviction, as one of the disputed/objected- to issues in her 1/16/08 revised report.
f) That if defendant was assessed **(6) six criminal history points instead of (7) seven, then she would be a category III instead of category IV, and with an offense level of 31 her sentencing range should be between 135-168 months instead of between 151-188 months.**

**THEREFORE,** the defendant, as your movant herein, asks that the Court grant the following relief:
  A) That this Honorable Court give consideration to this motion;
  B) That this Honorable Court determine whether it would reduce the defendant's sentence below 151 months, even though, that sentence, is still within the 135-168 month range of a category III with a 31 offense level;
  C) That if this Honorable Court was inclined to reduce the defendant's sentence below 151 months, that the previous 151 month sentence be vacated and set aside, for that purpose, and, an appropriate lesser sentence be entered instanter;
  D) That all other relief deemed appropriate and just be given.

(motion to correct and redce page 3.)
Respectfully submitted,

Attorney for Defendant

                         **s/LeRoy Cross, Jr.**
                         LeRoy Cross, Jr. ARDC#3128668
                         Law Offices of LeRoy Cross, Jr.
                         400 West Jackson Street, Ste. D
                         Marion, Illinois 62959-2357
                         (618) 993-7570
                         FAX(618) 993-7580
                         LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

       VS.                    CASE NO.: 1:07-cr-10064

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing defendant's motion to correct and reduce sentence, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com