IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | DISTRICT COURT |
| V. | CASE No.: 1:07-cr-10064 |
| LASHANDA S. BROWN | File Number:_____ |
| Defendant. | |

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGEMENT OF THE FEDERAL DISTRICT COURT OF ILLINOIS-CENTRAL DISTRICT

NOTICE IS HEREBY GIVEN THAT LASHANDA S. BROWN, DEFENDANT IN THE ABOVE NAMED CASE HEREBYAPPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE 7TH.CIRCUIT FROM THE FINAL JUDGEMENT ENTERED IN THIS ACTION IN THE DISTRICT COURT ON THE 31ST. DAY OF JANUARY, 2008.

**s/LaShanda S. Brown**
**s/LeRoy Cross, Jr.,**
**attorney for**
**defendant/appellant**
LeRoy Cross, Jr. ARDC#3128668
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Ste. D
Marion, Illinois 62959-2357
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**THE UNITED STATES OF AMERICA**

      **VS.**           **CASE NO.: 1:07-cr-10064**

**LASHANDA S. BROWN,**
      **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing defendant's notice of appeal, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com