# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## CIRCUIT RULE 3(b) NOTICE

Date: February 11, 2008
Re: USA v. Brown, Lashanda
    Appeal No.: 08-1317

Appeal from the United States District Court for the
Central District of Illinois
No. 07 CR 10064, Joe Billy McDade, Judge

To:   LeRoy Cross Jr., Esq.
      LAW OFFICES OF LEROY CROSS, JR.
      Suite D
      400 W. Jackson Street
      Marion, IL  62959-2357


     Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 2/11/08.
The District Court has indicated that as of 2/8/08 the docket
fee has not been paid.  Depending on your situation, you should:

  1. Pay the required $450.00 docketing fee PLUS the $5.00
     notice of appeal filing fee to the District Court Clerk,
     **if you have not already done so.**  The Court of Appeals
     cannot accept this fee.  You should keep a copy of the
     receipt for your records.

  2. File a motion to proceed on appeal in forma pauperis
     with the District Court, **if you have not already done so.**
     An original and three copies of that motion, with proof
     of service on your opponent, is required.  This motion must be
     supported by a sworn affidavit in the form prescribed by Form 4
     of the Appendix of Forms to the Federal Rules of Appellate Procedur
     (as amended 12/1/98), listing the assets and income of the
     appellant(s).

  3. If the motion to proceed on appeal in forma pauperis is
     denied by the district court, you must either pay the
     required $450.00 docketing fee PLUS the $5.00 notice of
     appeal filing fee to the District Court Clerk, within 14
     days after service of notice of the action of the district
     court, or within 30 days of that date, renew your motion
     to proceed on appeal in forma pauperis with this court.
     If the motion is renewed in this court, it must comply with
     the terms of Fed. R. App. P. 24(a).

     If one of the above stated actions is not taken, the appeal
will be dismissed.