**E-FILED**
Monday, 25 February, 2008  03:03:24 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

                       DISTRICT COURT

      V.                    CASE No.: 1:07-cr-10064

                              Appeal

LASHANDA S. BROWN      File Number: 08-1317
        Defendant.

## MOTION TO APPEAL *IN FORMA PAUERIS*

**NOW COMES, the defendant/appellant LaShanda S. Brown, by and through her attorney, for purposes of filing notice only, LeRoy Cross, Jr., and moves this Honorable Court to allow her to proceed with her appeal as a pauper, and hereby states that she is an incarcerated person with no income and, in support thereof she attaches hereto; her affidavit which complies with "form 4" of the Federal Rules of Appellate Procedure**

                               **s/LaShanda S. Brown**
                               **s/LeRoy Cross, Jr.,**
                               **attorney for**
                               **defendant/appellant**
                               LeRoy Cross, Jr. ARDC#3128668
                               Law Offices of LeRoy Cross, Jr.
                               400 West Jackson Street, Ste. D
                               Marion, Illinois 62959-2357
                               (618) 993-7570
                               FAX(618) 993-7580
                               LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

              V.

LASHANDA S. BROWN
           Defendant.

DISTRICT COURT
CASE No.: 1:07-cr-10064
Appeal
File Number:08-1317

## FORM 4. AFFIDAVIT IN SUPPORT OF MOTION TO APPEAL _IN FORMA PAUPERIS_

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fee of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. sect 1746; 18 U.S.C. sect 1621)

My  issues on appeal are: correctness of sentence as calculated, and, ineffectiveness of counsel

1. Income Source     Avg. monthly amount during the past 12 months  Avg. expected

  Soc. Sec. dis.     $600.00 (?) movant incarcerated may not receive    $0.00

**TOTAL CURRENT MONTHLY INCOME:  $0.00 (movant is incarcerated)**

2. List your employment history for the past two years: none

3. List your spouse's employment history for the past two years: N/A movant is not Married.

4. How much cash do you have?  Answer-none

5. List the assets, and their values, which you own:  Answer-none

6. State every person, business, or organization owing you money and the amount owed:

    Business owing money         Amount owed to me

    National City Bank         $4,696.00 they fraudulently released to a family

                                without authorization (bank denies my claim)

7. State the persons who rely on me for their support:

     Name             Relationship            Age

| Jerome Wade, Jr. | son | 14 |
| Kenshauna Watkins | daughter | 13 |
| De'Seana Brown | daughter | 9 |
| Maurice Young, Jr. | son | 7 |

8. Estimate the average monthly expenses of you and your family:

**TOTAL MONTHLY EXPENSES (for movant only-movant has been incarcerated since may 2007, and can't give an estimate of expenses for family)  Answer- $0.00 for movant's monthly expenses.**

9. Do you expect major changes to your monthly income or expenses or in assets or liabilities during the next 12 months? Answer –No.

10. Have you paid –or will you be paying- an attorney any money for services in connection with this case, including the completion of this form?  Answer –my grandfather paid money for the case at trial level not for appeal or for the completion of this form.

The Attorney's name is:  LeRoy Cross, Jr., 400 West Jackson Street, Ste. D, Marion, Illinois, 62959  (618) 993-7570

11. Have you paid or will you be paying anyone other than an attorney any money for the completion of this form?  Answer- No.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal:   Answer- Since I have been incarcerated all my possessions/belongings have been removed/stolen from my rented residence, and, no family member has been willing/able to help me with any significant amount of money over money for commissary.

13. State the address of your legal residence:  Answer- I have been remanded to the custody of the Federal Bureau of Prisons on 1/31/08, I am 31 years of age, I completed requirements for a G.E.D. certificate, and, my social security number is xxx-xx—0542.

> **s/LaShanda S. Brown**
> **s/LeRoy Cross, Jr.,**
> **attorney for**
> **defendant/appellant**
> LeRoy Cross, Jr. ARDC#3128668
> Law Offices of LeRoy Cross, Jr.
> 400 West Jackson Street, Ste. D
> Marion, Illinois 62959-2357
> (618) 993-7570
> FAX(618) 993-7580
> LCrossLaw@aol.com