E-FILED
Monday, 25 February, 2008   03:24:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

          DISTRICT COURT

V.

          CASE No.: 1:07-cr-10064
          Appeal

LASHANDA S. BROWN

          File Number: 08-1317

    Defendant.

## MOTION TO APPEAL *IN FORMA PAUERIS*

**NOW COMES, the defendant/appellant LaShanda S. Brown, by and through her attorney, for purposes of filing notice only, LeRoy Cross, Jr., and moves this Honorable Court to allow her to proceed with her appeal as a pauper, and hereby states that she is an incarcerated person with no income and, in support thereof she attaches hereto; her affidavit which complies with "form 4" of the Federal Rules of Appellate Procedure**

          s/LaShanda S. Brown
          s/LeRoy Cross, Jr.,
          **attorney for**
          **defendant/appellant**
          LeRoy Cross, Jr. ARDC#3128668
          Law Offices of LeRoy Cross, Jr.
          400 West Jackson Street, Ste. D
          Marion, Illinois 62959-2357
          (618) 993-7570
          FAX(618) 993-7580
          LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

                DISTRICT COURT
V.               CASE No.: 1:07-cr-10064
               Appeal
LASHANDA S. BROWN    File Number:08-1317
      Defendant.

## FORM 4. AFFIDAVIT IN SUPPORT OF MOTION TO APPEAL *IN FORMA PAUPERIS*

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fee of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. sect 1746; 18 U.S.C. sect 1621)

My issues on appeal are: correctness of sentence as calculated, and, ineffectiveness of counsel

1. Income Source    Avg. monthly amount during the past 12 months   Avg. expected

   Soc. Sec. dis.     $600.00 (?) movant incarcerated may not receive    $0.00

**TOTAL CURRENT MONTHLY INCOME:  $0.00 (movant is incarcerated)**

2. List your employment history for the past two years: none

3. List your spouse's employment history for the past two years: N/A movant is not Married.

4. How much cash do you have?  Answer-none

5. List the assets, and their values, which you own:  Answer-none

6. State every person, business, or organization owing you money and the amount owed:

   Business owing money        Amount owed to me

   National City Bank          $4,696.00 they fraudulently released to a family

                                  without authorization (bank denies my claim)

7. State the persons who rely on me for their support:

    Name             Relationship                Age

| | | |
|---|---|---|
| Jerome Wade, Jr. | son | 14 |
| Kenshauna Watkins | daughter | 13 |
| De'Seana Brown | daughter | 9 |
| Maurice Young, Jr. | son | 7 |

8. Estimate the average monthly expenses of you and your family:

**TOTAL MONTHLY EXPENSES (for movant only-movant has been incarcerated since may 2007, and can't give an estimate of expenses for family)  Answer- $0.00 for movant's monthly expenses.**

9. Do you expect major changes to your monthly income or expenses or in assets or liabilities during the next 12 months? Answer –No.

10. Have you paid –or will you be paying- an attorney any money for services in connection with this case, including the completion of this form?  Answer –my grandfather paid money for the case at trial level not for appeal or for the completion of this form.

    The Attorney's name is:  LeRoy Cross, Jr., 400 West Jackson Street, Ste. D, Marion, Illinois, 62959  (618) 993-7570

11. Have you paid or will you be paying anyone other than an attorney any money for the completion of this form?  Answer- No.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal:   Answer- Since I have been incarcerated all my possessions/belongings have been removed/stolen from my rented residence, and, no family member has been willing/able to help me with any significant amount of money over money for commissary.

13. State the address of your legal residence:  Answer- I have been remanded to the custody of the Federal Bureau of Prisons on 1/31/08, I am 31 years of age, I completed requirements for a G.E.D. certificate, and, my social security number is xxx-xx—0542.

> **s/LaShanda S. Brown**
> **s/LeRoy Cross, Jr.,**
> **attorney for**
> **defendant/appellant**
> LeRoy Cross, Jr. ARDC#3128668
> Law Offices of LeRoy Cross, Jr.
> 400 West Jackson Street, Ste. D
> Marion, Illinois 62959-2357
> (618) 993-7570
> FAX(618) 993-7580
> LCrossLaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES OF AMERICA

        VS.              CASE NO.: 1:07-cr-10064

**LASHANDA S. BROWN,**
        **DEFENDANT.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing defendant's motion to appeal as a pauper with affidavit, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov


**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com