UNITED STATES COURT of APPEALS
FOR THE SEVENTH CIRCUIT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Appeal from the |
| Plaintiff-Appellee | ) | United States District Court |
| | ) | Central District of Illinois |
| | ) | At Peoria |
| V. | ) | CASE No.: 07-CR-10064 |
| | ) | Honorable Judge Joe B. McDade |
| No. 08-1317 | ) | |
| LASHANDA S. BROWN | ) | |
| Defendant-Appellant | ) | |

### CIRCUIT RULE 3(c) DOCKETING STATEMENT

**NOW COMES,** LeRoy Cross, Jr., attorney of record for the Defendant herein, Lashanda S. Brown, and pursuant to Circuit Rule 3(c) makes the following jurisdictional statement, and, in support thereof, asserts as follows:

1. That the District Court's jurisdiction is based on rules 3(a) and 4(b) of the Federal Rules of Appellate Procedure, where, on 2/8/08, a timely notice of appeal was filed with said Court together with a motion to correct and reduce sentence, pursuant to 28 U.S.C. 2255, imposed by said Court's 1/31/08 judgement of 151 months of imprisonment.

2. That this Court's appellate jurisdiction is conferred by rules (1), 3(a), and 4(b), of the Federal Rules of Appellate Procedure.

    i.   1/31/08 is the date of the District Court's judgement sought to be reviewed,

    ii.  2/0/08 is the date of appellant's motion to correct and reduce sentence pursuant to 28 U.S.C. 2255

    iii. On 2/21/08 the District Court denied the 2255 motion as premature and without prejudice, and, also pursuant to FRCP 35(a).

    iv.  Notice of appeal was timely filed on 2/8/08

(rule 3(c) docketing statement page 2.)

3. That the appeal is from an Order from which the motion to correct and reduce sentence has been ruled premature and denied without prejudice;
    i. since appellant's 2255 motion was denied as premature and without prejudice, then leave to re-file before said Court along with FRCP 35 matters remain as potential matters remaining for disposition in the District Court.

        **s/LeRoy Cross, Jr.**
        LeRoy Cross, Jr. Illinois ARDC#3128668
        Law Offices of LeRoy Cross, Jr.
        400 West Jackson Street, Ste. D
        Marion, Illinois 62959-2357
        (618) 993-7570
        FAX(618) 993-7580
        LCrossLaw@aol.com

UNITED STATES COURT of APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Appeal from the |
| Plaintiff-Appellee | ) | United States District Court |
| | ) | Central District of Illinois |
| | ) | At Peoria |
| V. | ) | CASE No.: 07-CR-10064 |
| | ) | Honorable Judge Joe B. McDade |
| No. 08-1317 | ) | |
| LASHANDA S. BROWN | ) | |
| Defendant-Appellant | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing defendant-appellant's Circuit Rule 3(c) Docketing Statement, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W Murphy-
brad.murphy@usdoj.gov,kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

**s/LeRoy Cross, Jr.**
LeRoy Cross, Jr. ARDC number 3128668
Attorney for Defendant
Law Offices of LeRoy Cross, Jr.
400 West Jackson Street, Suite D
(618) 993-7570
FAX(618) 993-7580
LCrossLaw@aol.com