E-FILED
Monday, 24 March, 2008  11:45:11 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 19, 2008

FILED

MAR 2 4 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 08-1317                    v. | ] Illinois.<br>] |
| LASHANDA S. BROWN,<br>    Defendant-Appellant. | ] No. 07 CR 10064<br>]<br>] Joe Billy McDade,<br>]    Judge. |

This matter comes before the court for its consideration of attorney LeRoy Cross, Jr.'s **MOTION TO WITHDRAW,** filed on March 10, 2008. Upon consideration thereof

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Matthew A. Zapf, Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, 55 E. Monroe Street, suite 3700, Chicago, Il 60603, is appointed to represent defendant-appellant Lashanda S. Brown pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

**IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before June 17, 2008.

2. Plaintiff-appellee shall file its brief on or before July 17, 2008.

3. Defendant-appellant shall file his reply brief, if any, on or before July 31, 2008.

-over

Appeal No. 08-1317                                                                                          Page 2

Note:   Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).