E-FILED
Thursday, 01 May 2008 11:23:02 AM
Clerk, U.S. District Court, ILCD



FILED

MAY - 1 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

March 26, 2008

| | |
|---|---|
| USA<br>    Plaintiff<br><br>    vs<br><br>Lashanda S. Brown<br>    Defendant | )<br>)<br>)<br>)<br>)    Case # 07-10064<br>)<br>)<br>)<br>) |

### RECEIPT

**Received** from Pamela E. Robinson, Clerk, United States District Court for the Central District of Illinois, original ROA consisting of 1 volume of pleadings.

Date: 4/27/08

_____
Matthew Zapf
Attorney For
Lashanda S. Brown