# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff.<br><br>v.<br><br>LASHANDA S. BROWN,<br><br>　　Defendant. | No. 07CR10064<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for LASHANDA S. BROWN, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

　　1.　　Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

　　2.　　Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that she is ineligible for a reduction because she was sentenced under the amended guideline, effective November 1, 2007, for crack cocaine, and the subsequent May 1, 2008, amendment does not further reduce the Defendant's sentence.

　　3.　　In paragraph 18 of the PSR, it states that the Defendant was being sentenced under the November 1, 2007, version of the guidelines.

　　4.　　Although a subsequent amendment to the crack cocaine guideline was made

retroactive on May 1, 2008, this amendment does not change the Defendant's Base Offense Level as determined at her original sentencing hearing.

5. Specifically, the Defendant was originally held responsible for 62.9 grams of crack cocaine and 1,181.4 grams of powder cocaine. Applying the marijuana equivalents as provided in the November 1, 2007 *Guidelines Manual*, the Defendant was responsible for 1,116.88 kilograms of marijuana resulting in a Base Offense Level of 30. Under the May 1, 2008 amendment to the Guidelines, one gram of crack cocaine equals 20 kilograms of marijuana. U.S.S.G. § 2D1.1, comment n.10(D) & (E). *See* Supplement to the 2007 Guidelines Manual (May 1, 2008). All other equivalencies remain the same. Once the marijuana equivalency for all the drug types is determined, the offense level is determined by reference to the Drug Quantity Table contained in 2D1.1. Then, 2-levels are subtracted from this offense level (with certain inapplicable exceptions) to determine the Base Offense Level. Applying the new marijuana equivalency to the 62.9 grams of crack cocaine in this case yields 1,258 kilograms of crack cocaine (62.9 x 20 kilograms of marijuana). Adding this to the marijuana equivalency for the powder cocaine (236.28 kg marijuana), yields a total of 1,494.28 kilograms of marijuana. This corresponds to an offense level of 32. However, pursuant to Note 10(D)(i) of the May 1, 2008 retroactive version of Guideline Section 2D1.1, two levels must be subtracted to determine the Base Offense Level. In this case, the resulting Base Offense Level is 30--the same offense level used to originally sentence the Defendant.

6. Accordingly, the amendment does not change the Defendant's Base Offense Level, guideline range, or sentence.

7. Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter

and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

        Respectfully Submitted,
        LASHANDA S. BROWN, Defendant

        RICHARD H. PARSONS
        Federal Public Defender

        BY:    s/ Jonathan E. Hawley
                _____
                JONATHAN E. HAWLEY
                Attorney for Defendant
                First Assistant FPD
                ARDC Reg. No. 6243088
                401 Main Street, Suite 1500
                Peoria, Illinois 61602
                Phone: 309/671-7891
                Fax: (309) 671-7898
                E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy**.**

        s/ Jonathan E. Hawley
        _____
        JONATHAN E. HAWLEY
        Attorney for Defendant
        First Assistant FPD
        ARDC Reg. No. 6243088
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: jonathan_hawley@fd.org