

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

July 9, 2008

Matthew Zapf
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
Suite 3300
55 E. Monroe St.
Chicago, IL. 60603

               RE: USA v. Lashanda S. Brown
               D. C. Docket No. 07-10064
               U. S. C. A. Docket No. 08-1317

Dear Mr. Agnello:
    I am sending you herewith the supplemental record on appeal. It consists of the following:


(documents 22, 32 & 38)
1- Impounded Exhibits:


    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                           Very truly yours,

                           PAMELA E. ROBINSON, CLERK


                         BY:  s/H. Kallister
                             Deputy Clerk

supplemental ROA.pdf.wpd