07-10064

Dear Judge McDade,

I hope and pray that this letter finds you in good health and good spirits. I am writing you this letter concerning the crack law. The attorney you appointed to me does not feel I'm eligeble and don't wish to defend me in this matter. So could you please appoint me another attorney beause I feel that I'm eligeble for the crack law because I wasn't sentenced under the guidelines. I would of got 20 years or more if I didn't cooperate and I'm still waiting on my rule 35. I pray that you remember me and my case,

Thank you
May GOD Be With You   LaShandi Bran
GOD Bless You

# Federal Public Defender
## Central District of Illinois

RICHARD H. PARSONS
Chief Federal Defender

401 Main Street, Suite 1500
Peoria, IL  61602

Telephone: (309) 671-7891
Telefax: (309) 671-7898

May 29, 2008

MS. LASHANDA S. BROWN
REG. NO. 12119-026
FMC CARSWELL
P.O. BOX 27137
FORT WORTH, TX  76127

Re:  *UNITED STATES V. LASHANDA S. BROWN, Case Number 07CR10064*

Dear Ms. Brown:

I have now had an opportunity to review you case.  After doing so, it is my opinion that you are ineligible for a reduction pursuant to the retroactive crack cocaine amendment because you were sentenced under the amended crack cocaine guidelines.

The retroactive amendment to the crack cocaine guideline lowers the Base Offense Level for certain crack cocaine offenses.  In your case, however, you were in fact sentenced under the amended guidelines.  In paragraph 18 of your PSR, it specifically indicates that you were sentenced under the new amended guideline for crack cocaine.  Therefore, you are ineligible for a reduction in your sentence because you have already received the benefit of the amended crack cocaine guideline.  Although the Sentencing Commission subsequently changed the amended guidelines on May 1, 2008, to provide relief to certain Defendant's held responsible for multiple types of drugs who did not receive a reduction under the amended guidelines, this amendment does not benefit you because you in fact *did* receive a lower sentence due to the original guideline amendment.

Because I have determined that you are ineligible for a sentence reduction, I cannot ethically litigate a motion to reduce your sentence.  Specifically, the Rules of Professional Conduct prohibit me from filing a motion I believe to be frivolous.  Therefore, I have filed a motion to withdraw as your attorney and asked the court to allow you to proceed in this matter *pro se* (without a lawyer).  I have enclosed a copy of the motion I filed.  If the court grants the motion, it will give you 21 days to either concede that you are ineligible for a reduction or file something

with the court explaining why you think you are eligible for a reduction.

I am sorry that I cannot litigate a motion on your behalf. Please feel free to call me collect if you have questions.

Sincerely,
RICHARD H. PARSONS
Federal Public Defender

By: _____
JONATHAN E. HAWLEY
First Assistant FPD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>LASHANDA S. BROWN,<br><br>    Defendant. | No. 07CR10064<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW court-appointed counsel for LASHANDA S. BROWN, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.      Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.      Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that she is ineligible for a reduction because she was sentenced under the amended guideline, effective November 1, 2007, for crack cocaine, and the subsequent May 1, 2008, amendment does not further reduce the Defendant's sentence.

3.      In paragraph 18 of the PSR, it states that the Defendant was being sentenced under the November 1, 2007, version of the guidelines.

4.      Although a subsequent amendment to the crack cocaine guideline was made

retroactive on May 1, 2008, this amendment does not change the Defendant's Base Offense Level as determined at her original sentencing hearing.

5.  Specifically, the Defendant was originally held responsible for 62.9 grams of crack cocaine and 1,181.4 grams of powder cocaine. Applying the marijuana equivalents as provided in the November 1, 2007 *Guidelines Manual*, the Defendant was responsible for 1,116.88 kilograms of marijuana resulting in a Base Offense Level of 30. Under the May 1, 2008 amendment to the Guidelines, one gram of crack cocaine equals 20 kilograms of marijuana. U.S.S.G. § 2D1.1, comment n.10(D) & (E). *See* Supplement to the 2007 Guidelines Manual (May 1, 2008). All other equivalencies remain the same. Once the marijuana equivalency for all the drug types is determined, the offense level is determined by reference to the Drug Quantity Table contained in 2D1.1. Then, 2-levels are subtracted from this offense level (with certain inapplicable exceptions) to determine the Base Offense Level. Applying the new marijuana equivalency to the 62.9 grams of crack cocaine in this case yields 1,258 kilograms of crack cocaine (62.9 x 20 kilograms of marijuana). Adding this to the marijuana equivalency for the powder cocaine (236.28 kg marijuana), yields a total of 1,494.28 kilograms of marijuana. This corresponds to an offense level of 32. However, pursuant to Note 10(D)(i) of the May 1, 2008 retroactive version of Guideline Section 2D1.1, two levels must be subtracted to determine the Base Offense Level. In this case, the resulting Base Offense Level is 30--the same offense level used to originally sentence the Defendant.

6.  Accordingly, the amendment does not change the Defendant's Base Offense Level, guideline range, or sentence.

7.  Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter

and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

                                    Respectfully Submitted,
                                    LASHANDA S. BROWN, Defendant

                                    RICHARD H. PARSONS
                                    Federal Public Defender

BY:    s/ Jonathan E. Hawley
                                    _____
                                    JONATHAN E. HAWLEY
                                    Attorney for Defendant
                                    First Assistant FPD
                                    ARDC Reg. No. 6243088
                                    401 Main Street, Suite 1500
                                    Peoria, Illinois 61602
                                    Phone: 309/671-7891
                                    Fax: (309) 671-7898
                                    E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy.

                                    s/ Jonathan E. Hawley
                                    _____
                                    JONATHAN E. HAWLEY
                                    Attorney for Defendant
                                    First Assistant FPD
                                    ARDC Reg. No. 6243088
                                    401 Main Street, Suite 1500
                                    Peoria, Illinois 61602
                                    Phone: 309/671-7891
                                    Fax: (309) 671-7898
                                    E-mail: jonathan_hawley@fd.org