IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>LASHHANDRA S. BROWN,<br><br>Defendant. | No. 07CR10064<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

**MOTION TO APPOINT NEW COUNSEL AND TO
STRIKE COUNSEL'S PREVIOUS MOTION TO WITHDRAW**

NOW COMES the Defendant's counsel, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this court to appoint the Defendant counsel pursuant to the Criminal Justice Act, and in support thereof, states as follows:

1.      This Court appointed undersigned counsel to represent the Defendant on her motion to reduce her sentence pursuant to the retroactive amendment to the crack cocaine sentencing guideline.

2.      Upon appointment as counsel, undersigned counsel reviewed the Defendant's case, obtaining a copy of the Presentence Investigation Report, the Judgment and Conviction, and Statement of Reasons.  Because the Defendant was sentenced under the November 1, 2007, versions of the Guidelines, undersigned counsel concluded that the Defendant was ineligible for a reduction in her sentence.  Counsel accordingly filed a Motion to Withdraw as Counsel with this Court, wherein undersigned counsel asserted that the Defendant was ineligible for a

reduction.

3. Upon further review, the defendant is eligible for a reduction under the May 1, 2008 amendment to the crack cocaine sentencing guideline. Accordingly, the assertion that the Defendant is ineligible for a reduction contained in the Motion to Withdraw is erroneous.

4. Counsel has communicated this opinion to the Defendant. She has requested that new counsel be appointed to litigate her motion to reduce her sentence.

5. In light of undersigned counsel's error, it is in the interest of justice to appoint the Defendant new counsel to litigate her motion to reduce her sentence.

WHEREFORE, for all the reasons stated above, undersigned counsel requests that this Court appoint the Defendant new counsel to represent her in any future proceedings, and strike undersigned counsel's previously filed Motion to Withdraw As Counsel which contains the error.

LASHANDRA S. BROWN, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Assistant United States Attorney Brad Murphy.

        s/ Jonathan E. Hawley
        _____
        JONATHAN E. HAWLEY
        Attorney for Defendant
        First Assistant FPD
        ARDC Reg. No. 6243088
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: jonathan_hawley@fd.org