## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-10064 |
| | ) |
| LASHANDA S. BROWN, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On May 20, 2008, Defendant filed a motion (Doc. 50) for a reduction in her sentence pursuant to 18 U.S.C § 3582(c)(2) based upon retroactive application of the 2007 Amendment to the crack cocaine guidelines by the Sentencing Commission. The Court appointed Jonathan Hawley of the Federal Public Defender's Office to represent Defendant. On June 16, 2008, Mr. Hawley filed a motion (Doc. 52) asking to withdraw as Defendant's counsel based upon his opinion that Defendant is ineligible for a reduction because due to the quantity of crack cocaine attributable to Defendant, her amended base offense level would be identical to her original base offense level so that her sentencing guideline range would not be reduced.

Mr. Hawley has filed a motion (Doc. 56) to vacate his earlier motion on the ground that his conclusion that Defendant was ineligible for a sentence reduction was erroneous, and requesting that new counsel be appointed to represent Defendant. Mr. Hawley's motion to withdraw his motion of June 16, 2008, is ALLOWED; however, his motion to withdraw is DENIED. Mr. Hawley is allowed until September 15, 2008,

to file a paper on behalf of Defendant relating to section 3582(c)(2) relief.

ENTERED this   15th   day of August, 2008.


                                                    s/Joe B. McDade
                                                 JOE BILLY McDADE
                                              United States District Judge