E-FILED
Thursday, 04 September, 2008  09:37:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>LASHANDA S. BROWN,<br><br>    Defendant. | No. 07CR10064<br>Hon. Joe. B. McDade<br>United States District Judge,<br>Presiding |

**MOTION TO SUSPEND FILING DEADLINE**

NOW COMES the Defendant, LASHANDA S. BROWN, by her court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to SUSPEND consideration of the defendant's motion made pursuant to 18 U.S.C. § 3582(c)(2) until the petitioner's direct appeal is concluded, and in support thereof states the following:

    1.    The Defendant plead guilty to one count of possession of cocaine base with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

    2.    On February 4, 2008, this court sentenced the defendant to 151-months imprisonment.

    3.    Thereafter, on February 8, 2008, the defendant filed a Notice of Appeal from her conviction. The Defendant's appeal was docketed in the Seventh Circuit as case number 08-1317.

4. The Defendant's direct appeal is still pending in the Seventh Circuit Court of Appeals.

5. "The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *United States v. McHugh*, 528 F.3d 538, 540 (7th Cir. 2008), *quoting Griggs, v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Although a court may "patch up clerical errors affecting one aspect of a case while another aspect is on appeal," a district court may not change the precise feature of a disposition that is under appellate review. *Id.*

6. From counsel's review of the defendant's case, she is eligible for a reduction from 151 to 121 months imprisonment pursuant to the May 1, 2008 amendment to the crack cocaine sentencing guideline. However, because she has appealed her sentence, this Court cannot alter her sentence until her direct appeal is concluded, as noted in paragraph 5 above.

7. Accordingly, in order to ensure that this court has subject matter jurisdiction when it considers the Defendant's 3582(c)(2) motion, this Court should suspend the filing deadline for filing an amended petition to reduce sentence until 14-days after the mandate issues in the defendant's direct appeal.

WHEREFORE, the Defendant moves this Honorable Court to suspend the filing deadline for filing an amended petition to reduce the defendant's sentence until 14 days after the Seventh Circuit issues its mandate in Appellate Case Number 08-1317.

LASHANDA BROWN, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy.

s/ Jonathan E. Hawley

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org